

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2018

No. 04-18-00266-CV

**TCOE, INC.,**
Appellant

v.

**SA QUAD VENTURES,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV00153
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's "Opposed Fourth and Final Motion to Extend Time for Filing Appellant's Brief" filed on September 11, 2018 is GRANTED. The appellant's brief is due no later than September 17, 2018. No further extensions of time will be considered absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court